1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   CERRONE DORECE HICKS,                    Case No. 1:13-cv-01042 DLB PC

12              Plaintiff,
                                              ORDER DIRECTING CLERK'S OFFICE TO
13         v.                                 SEND COMPLAINT FORM TO PLAINTIFF

14   SIERRA CONSERVATION CENTER,              ORDER REQUIRING PLAINTIFF TO FILE
                                              COMPLAINT WITHIN **THIRTY DAYS**
15              Defendant.

16

17         Plaintiff Cerrone Dorece Hicks ("Plaintiff") is a California state prisoner proceeding pro se in

18   this civil action pursuant to 42 U.S.C. § 1983.  On June 13, 2013, Plaintiff sent a letter to the

19   Northern District of California.  The Clerk's Office opened a civil action and by order filed July 3,

20   2013, the action was transferred to this court because Plaintiff is housed at Sierra Conservation

21   Center.

22         Plaintiff cannot proceed in this action based on the letter submitted to the Northern District.

23   Accordingly, the Clerk's Office will be directed to send Plaintiff a civil rights complaint form.

24   Plaintiff must fill out the complaint form and submit it to the Court within thirty days.  This action

25   cannot proceed without a proper complaint on file.

26         Based on the foregoing, it is HEREBY ORDERED that:

27         1.      The Clerk's Office shall send Plaintiff a civil rights complaint form;

28         2.      Within thirty (30) days from the date of service of this order, Plaintiff shall file a

                                                    1

complaint; and

       3.     **The failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.**

IT IS SO ORDERED.

    Dated:   **July 9, 2013**                  /s/ *Dennis L. Beck*

                                                      UNITED STATES MAGISTRATE JUDGE